UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS POLANCO,

        Plaintiff,

  - against -

RIKERS ISLAND, ANNA M. KROSS
CORRECTION,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-2063 (RRM)(RLM)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order of the undersigned having been filed this day dismissing this complaint, it is hereby

    ORDERED, ADJUDGED AND DECREED that the complaint is dismissed, that plaintiff take nothing of defendant, and that this case is hereby closed.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

    SO ORDERED.

Dated: Brooklyn, New York
       December 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge